UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Teresa Bissonette,

Plaintiff,

vs.

George Luskey, Scott County, William J. Nevin, Scott County Sheriff, and Scott County Sheriff's Department,

Defendant.

Civ. No. 02-335 ADM/~~JMM~~ AJB

---

The parties, having submitted a Stipulation for an Amended Scheduling Order; the undersigned thereby issues the following:

## ORDER

1. That Plaintiff's deadline for expert disclosure as set forth in the Scheduling Order of April 11, 2002 be amended to state August 1, 2002.

2. That Defendants deadline for expert disclosure as set forth in the Scheduling Order of April 11, 2002 be amended to state September 1, 2002.

3. Rebuttal reports are due on or before October 1, 2002.

4. Discovery shall be completed by December 1, 2002.

5. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline, December 1, 2002.

6. All dispositive motions shall be served by February 1, 2003.

7. This case shall be ready for a jury trial on April 1, 2003, or upon resolution of any pending dispositive motions.

Dated: 6/27/02

Arthur J. Boylan
United States Magistrate Judge

FILED JUN 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Teresa Bissonette,

Plaintiff,

vs.

George Luskey, Scott County, William J. Nevin, Scott County Sheriff, and Scott County Sheriff's Department,

Defendant.

Civ. No. 02-335 ADM/~~JMM~~ AJB

# STIPULATION TO AMEND SCHEDULING ORDER

WHEREAS, a pretrial conference was held before Magistrate Arthur Boylan on April 11, 2002; and

WHEREAS, all parties were represented by counsel; and

WHEREAS, counsel discussed with the Court scheduling issues and expressed their opinions as to specified scheduling deadlines based on information then available to them; and

WHEREAS, a scheduling order was issued dated April 11, 2002; and

WHEREAS, Plaintiff's counsel now represents that acquisition of discovery matters have proceeded more slowly than expected and that information necessary for submission to experts for purposes of acquiring expert opinions has not yet been fully developed; and

WHEREAS, Plaintiff's deadlines for expert disclosure is presently scheduled for July 1, 2002; and

WHEREAS, Plaintiff's counsel believes and represents that Plaintiff's expert disclosures can be fully completed by August 1, 2002; and

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS the parties recognize that this underlying lawsuit was commenced in January, 2002, and that no trial date has been assigned.

NOW THEREFORE, the parties propose a stipulation as follows:

1. That Plaintiff's deadline for expert disclosure as set forth in the Scheduling Order of April 11, 2002 be amended to state August 1, 2002.

2. That Defendants deadline for expert disclosure as set forth in the Scheduling Order of April 11, 2002 be amended to state September 1, 2002.

3. Rebuttal reports are due on or before October 1, 2002.

4. Discovery shall be completed by December 1, 2002.

5. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline, December 1, 2002.

6. All dispositive motions shall be served by February 1, 2003.

7. This case shall be ready for a jury trial on April 1, 2003, or upon resolution of any pending dispositive motions.

Dated this 25 day of June, 2002

STEVEN C. O'TOOL
ATTORNEY AT LAW, P.A.

Steven C. O'Tool #83215
7401 Metro Boulevard, Suite 555
Edina, MN 55439
Telephone: (952) 831-5757
Attorneys for Plaintiff.

Dated this ___ day of June, 2002

QUINLIVAN & HUGHES, P.A.

Kenneth H. Bayliss #157569
400 South 1st Street, Suite 600
P.O. Box 1008
St. Cloud, MN 56302
Telephone: (320) 251-1414
Attorney for Defendants.

WHEREAS the parties recognize that this underlying lawsuit was commenced in January, 2002, and that no trial date has been assigned.

NOW THEREFORE, the parties propose a stipulation as follows:

1. That Plaintiff's deadline for expert disclosure as set forth in the Scheduling Order of April 11, 2002 be amended to state August 1, 2002.

2. That Defendants deadline for expert disclosure as set forth in the Scheduling Order of April 11, 2002 be amended to state September 1, 2002.

3. Rebuttal reports are due on or before October 1, 2002.

4. Discovery shall be completed by December 1, 2002.

5. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline, December 1, 2002.

6. All dispositive motions shall be served by February 1, 2003.

7. This case shall be ready for a jury trial on April 1, 2003, or upon resolution of any pending dispositive motions.

Dated this ___ day of June, 2002

STEVEN C. O'TOOL
ATTORNEY AT LAW, P.A.

______________________
Steven C. O'Tool #83215
7401 Metro Boulevard, Suite 555
Edina, MN 55439
Telephone: (952) 831-5757
Attorneys for Plaintiff.

Dated this 25th day of June, 2002

QUINLIVAN & HUGHES, P.A.

Kenneth H. Bayliss
______________________
Kenneth H. Bayliss #157569
400 South 1st Street, Suite 600
P.O. Box 1008
St. Cloud, MN 56302
Telephone: (320) 251-1414
Attorney for Defendants.